

09-CV-05293-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA For the Use of Benefit of: RSB CONSTRUCTION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMARK BUILDING SYSTEMS, INC., a Delaware Corporation, and ALUTIIQ INTERNATIONAL SOLUTIONS, INC, an Alaska Corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation,<br><br>Defendant. | NO. C09-5293FDB<br><br>ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on the Plaintiff's motion for a voluntary dismissal of their action under FRCP 41(a)(2). The Court having considered the pleadings filed in this action, and having reviewed the records and files herein, finds that the plaintiff requests voluntarily dismissal with prejudice, and further finding that no counterclaim has been pled in this matter, it is hereby:

DICKSON STEINACKER PS
1401 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WASHINGTON 98402
(253) 572-1000 - FACSIMILE (253) 572-1300

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without costs to either party.

Dated this 29th day of June, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

DICKSON STEINACKER PS

Dated this 23rd day of June, 2009.

_____
BRETT BEETHAM, WSBA NO. 40584
Attorneys for Plaintiff

Order for Voluntary Dismissal with Prejudice
No. C09-5293FDB
Page 2 of 2
8143-061009

DICKSON STEINACKER PS
1401 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WASHINGTON 98402
(253) 572-1000 - FACSIMILE (253) 572-1300